UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARLENE HARRIS,<br>     *Plaintiff*,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary,<br>Department of Homeland Security, et. al,<br><br>     *Defendant*. | Civil Action No. 21-1083 (GMH) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Michael D. Wagner as counsel of record for the Defendant in the above-captioned.

Date: February 20, 2024
   Washington, DC

                   Respectfully submitted,

                    */s/ Michael D. Wagner*
                   Michael D. Wagner
                   MI Bar # P75580
                   Special Assistant United States Attorney
                   Civil Division
                   U.S. Attorney's Office for the District of Columbia
                   601 D Street, N.W.
                   Washington, D.C. 20530
                   Phone: (202) 252-2435
                   Michael.Wagner3@usdoj.gov